AUSA: Brant Cook, 313-226-9756
Special Agent: Lance Welker, FBI, 313-965-2323

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No.  16-mc-50695-10
14711 Cedargrove Street, Detroit, Michigan )
(More fully described in Attachment A) )
)

FILED
OCT 2 8 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____
*(identify the person or describe the property to be searched and give its location)* :
SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal   *(identify the person or describe the property to be seized)*
SEE ATTACHMENT B

**YOU ARE COMMANDED**   to execute this warrant on or before   _____November 7, 2016_____   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   _____the presiding United States Magistrate Judge on duty_____ .
*(United States Magistrate Judge)*

Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   Oct 25, 2016  2:40pm        MONA K. MAJZOUB
                                                     *Judge's signature*

City and state:   Detroit, MI                        Mona K. Majzoub, United States Magistrate Judge
                                                     *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 16-mc-50695-10 | Date and time warrant executed: 10/24/2016 apx 0700 | Copy of warrant and inventory left with: Elizabeth Bradd |
| Inventory made in the presence of: Elizabeth Bradd | | |
| Inventory of the property taken and name of any person(s) seized: ① black LG cell phone ② white Samsung cell phone | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/28/2016

_____
Executing officer's signature

Lance A Welker  Special Agent FBI
Printed name and title